

NUMBER 13-10-00572-CR

# COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JESSE RAMIREZ, JR.,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

On Appeal from the 105th District Court
of Kleberg County, Texas.

## MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam

Appellant, Jesse Ramirez, Jr., by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it.   *See* TEX. R. APP. P. 42.2(a).  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
20th day of January, 2011.